IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH R. DUNAVIN                                                              PLAINTIFF

V.                        Case No. 3:23-CV-00227-DPM-BBM

POINSETT COUNTY JAIL;
SUSAN DUFFEL, Nurse, Poinsett County Jail                              DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge D. P. Marshall, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Marshall may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

I.    **DISCUSSION**

On October 31, 2023, Plaintiff Kenneth R. Dunavin ("Dunavin"), then an inmate in the Poinsett County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. (Doc. 1). Dunavin proceeded to file an Amended Complaint and ten Notices. (Docs. 4–8, 11 at 1–2, 13, 15–18). After screening the Complaint, Amended Complaint, and Notices, the Court allowed Dunavin the

opportunity to file a Second Amended Complaint to correct the deficiencies in his current pleadings by August 19, 2024. (Doc. 19).

On August 2, 2024, mail sent to Dunavin at his address of record was returned as undeliverable with the notation "not at this address." (Doc. 20). The Court had previously notified Dunavin of his obligations to maintain a valid mailing address with the Clerk of this Court and to diligently prosecute his case. (Doc. 3 at 1). On August 8, 2024, the Court ordered Dunavin to file a notice of his current mailing address by September 9, 2024, if he intended to continue pursuing this lawsuit. (Doc. 22 at 1). The Court cautioned Dunavin that, if he failed to timely and properly comply with the Order, this case may be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). *Id*.

Specifically, under Local Rule 5.5(c)(2), Dunavin has a duty to: (1) promptly notify the Clerk of any changes in his address; (2) monitor the progress of his case; and (3) prosecute his case diligently. Additionally, Local Rule 5.5(c)(2) provides that, if any communication from the Court to a *pro se* plaintiff, like Dunavin, is not responded to within 30 days, the case may be dismissed, without prejudice. *Id*.

Dunavin has not complied with the August 8, 2024 Order, and the time to do so has passed. Mail sent to his address of record is being returned as undeliverable with a notation, "not at this address." (Docs. 20–21, 23). Accordingly, his Complaint, Amended Complaint, and Notices should be dismissed, without prejudice, for failure to prosecute.

## II. CONCLUSION

IT IS THEREFORE RECOMMENDED THAT:

1.  Dunavin's Complaint (Doc. 1), Amended Complaint (Doc. 11), and Notices (Docs. 4–8, 13, 15–18) be DISMISSED without prejudice for failure to prosecute.

2.  The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting this Recommended Disposition and the accompanying judgment would not be taken in good faith.

DATED this 26th day of September, 2024.

*Benecia Moore*
UNITED STATES MAGISTRATE JUDGE