# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH R. DUNAVIN**                                    PLAINTIFF

v.                         No. 3:23-cv-227-DPM

**POINSETT COUNTY JAIL and SUSAN
DUFFEL, Nurse, Poinsett County Jail**                     DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 24*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). This case will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2024