IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH R. DUNAVIN                                  PLAINTIFF

v.                    No. 3:23-cv-227-DPM

POINSETT COUNTY JAIL and SUSAN
DUFFEL, Nurse, Poinsett County Jail             DEFENDANTS

## JUDGMENT

Dunavin's complaint, *Doc. 1*; as amended by *Doc. 4, 5, 6, 7, 8, 11, 13, 15, 16, 17 & 18*, is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

17 October 2024